1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. C07-5371RBL

REPORT AND
RECOMMENDATION

**NOTED FOR:**
**September 21, 2007**

    This 42 U.S.C. § 1983/Bivens action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4.  Plaintiff has filed a proposed complaint and applied for *in forma pauperis* status (Dkt. # 1).  Plaintiff is incarcerated at the Northwest Detention Center and is going through the process of deportation proceedings.  In the proposed complaint Mr. Marks alleges a $1000 dollar bond from October 10, 1991 should have been refunded to him and he seeks the sum of the bond plus interest for a total of $2050 dollars.

    Review of his application to proceed *in forma pauperis* reveals that Mr. Marks has $811.40 in his personal property and he is not indigent (Dkt. # 1).  The district court may permit indigent

REPORT AND RECOMMENDATION- 1

1  litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigence.  *See* 28

2  U.S.C. § 1915(a).  However, the court has broad discretion in denying an application to proceed in

3  forma pauperis.  <u>Weller v. Dickson</u>, 314 F.2d 598 (9th Cir. 1963), *cert. denied*, 375 U.S. 845

4  (1963).

5       Based on the above, the Court should deny plaintiff's application to proceed *in forma pauperis*.

6  Plaintiff has not shown that is unable to pay the full filing fee to proceed with his lawsuit.  The court

7  should direct Mr. Marks to pay the filing within 30 days of the court's order and if he fails to pay the

8  filing fee the clerk should be directed to dismiss this matter.

9       Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure,

10  the parties shall have ten (10) days from service of this Report to file written objections. *See also*

11  Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those objections for purposes of

12  appeal.  <u>Thomas v. Arn</u>, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule

13  72(b), the clerk is directed to set the matter for consideration on **September 21, 2007**, as noted in

14  the caption.

15

16       DATED this 28 day of August, 2007.

17

18                              <u>/S/ J. Kelley Arnold</u>
                               J. Kelley Arnold
19                              United States Magistrate Judge

20

21

22

23

24

25

26

27

28  REPORT AND RECOMMENDATION- 2