UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. C07-5371RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, [Dkt. #8], and the remaining record, does hereby find and ORDER:

    (1)    Plaintiff's Motion for an Extension of Time to File Objections [Dkt. #7] is **DENIED** as Moot.

    (2)    The Court adopts the Report and Recommendation;

    (3)    The application to proceed *in forma pauperis* is **DENIED.** Plaintiff has thirty days from the date of this order to pay the full $350.00 dollar filing fee. If the filing fee is not received in thirty days, the clerk's office is instructed to dismiss this action **WITHOUT PREJUDICE**

    The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Kelley Arnold and note a date on Judge Arnold's calendar thirty days from today so this action can be tracked.

    DATED this 1st day of October, 2007.

                                                /s/ Ronald B. Leighton
                                                RONALD B. LEIGHTON
                                                UNITED STATES DISTRICT JUDGE

ORDER
Page - 1