UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No.  C07-5371RBL

ORDER

    This <u>Bivens</u> action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.

    Mr. Marks now litigates under a sanction as a result of improper filings.  As part of that sanction documents filed by Mr. Marks are submitted under seal for court review.  Mr. Marks has filed four documents since entry of the last order (Dkt. # 11, 13, 14, and 15). (Dkt. #11) is an "amended" motion to proceed *in forma pauperis*.  The court orders the document UNSEALED.  The motion to proceed *in forma pauperis* has been denied (Dkt # 12).

    The next document is a "notice" to the court (Dkt. # 13).  The facts alleged in this pleading have no connection to the complaint.  Further, the court does not conduct business based on pleadings of this nature.  The court orders the document UNSEALED, but no further action will be taken on this pleading.

    (Dkt. # 14 and 15) are motion for reconsideration of the motion to deny *in forma pauperis* status.  The court orders the documents UNSEALED. The motions have been denied (Dkt # 16).

ORDER
Page - 1

1

2   Judge Leighton's October 1, 2007, order gave plaintiff until November 1, 2007, to pay the filing

3   fee.  That order states if the fee is not paid this matter should be dismissed without prejudice (Dkt. # 12).

4   The clerk's office is directed to send copies of this order to plaintiff.

5

6

    DATED this 1 day of November, 2007.

7

8

                            /S/ *J. Kelley Arnold*
9                           J. Kelley Arnold
                            United States Magistrate
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28