# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTOLIN ANDREW MARKS

       v.

UNITED STATES OF AMERICA, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5371RBL

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Thirty days have passed since the Order Adopting the Report and Recommendation was entered on October 1, 2007, and the filing fee has not been paid.

IT IS ORDERED AND ADJUDGED

This cause of action is **DISMISSED**.

   November 13, 2007                                  BRUCE RIFKIN
Date                                                          Clerk

                                                         *s/CM Gonzalez*
                                                          Deputy Clerk